1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DERRICK KINTE COURTNEY,

11              Petitioner,                    No. CIV S-08-0823 FCD DAD P

12        vs.

13   ANTHONY HEDGPETH,

14              Respondent.                    ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a

17   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 25, 2008, the court

18   issued findings and recommendations recommending that this action be dismissed for failure to

19   exhaust state court remedies.  Petitioner filed objections in which he advises the court that the

20   claim in question was in fact presented by his counsel to the California Supreme Court by way of

21   a petition for review.  In light of those objections, the court will vacate the findings and

22   recommendations.

23          Since petitioner may be entitled to relief if the claimed violation of constitutional

24   rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26   /////

                                            1

1       1.  The findings and recommendations, filed on April 25, 2008, are vacated;

2       2.  Respondent is directed to file a response to petitioner's habeas petition within

3  sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer

4  shall be accompanied by all transcripts and other documents relevant to the issues presented in

5  the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

6       3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

7  shall be filed and served within thirty days after service of the answer;

8       4.  If the response to the habeas petition is a motion, petitioner's opposition or

9  statement of non-opposition to the motion shall be filed and served within thirty days after

10  service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days

11  thereafter; and

12       5.  The Clerk of the Court shall serve a copy of this order together with a copy of

13  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,

14  Senior Assistant Attorney General.

15  DATED: June 19, 2008.

16

17  _____

18  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

19  DAD:4
    cour823.100

20

21

22

23

24

25

26